TETTERTON v. LONG MFG. CO.

No. 260PA84.

Case below: 67 N.C. App. 628.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 August 1984.

WARD v. TAYLOR

No. 297P84.

Case below: 68 N.C. App. 74.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.

WHEDON v. WHEDON

No. 354PA84.

Case below: 68 N.C. App. 191.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 August 1984 with review limited to the question of whether the trial judge properly dismissed the motion for counsel fees without prejudice.

WILDER v. SQUIRES

No. 312P84.

Case below: 68 N.C. App. 310.

Petition by defendant (Squires) for discretionary review under G.S. 7A-31 denied 28 August 1984.

WILLIAMS v. SMITH

No. 273P84.

Case below: 68 N.C. App. 71.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.